934 A.2d 690

**Devon BELL, Petitioner**

v.

**COURT OF COMMON PLEAS (PCRA), Respondent.**

**No. 137 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus is denied.